IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.                                    NO. 05-20177-Ma/A

TAVARIS BOOTHE,

　　　Defendant.

## ORDER ALLOWING COUNSEL TO WITHDRAW

Before the court is the June 20, 2005, motion of Pamela Hamrin, counsel for Tavaris Boothe, requesting that she be allowed to withdraw as counsel for the defendant. Good cause having been shown, the motion is granted and Ms. Hamrin is allowed to withdraw. The defendant has previously been determined to be indigent. The magistrate judge is therefore directed to appoint replacement counsel for defendant from the court's CJA Pro Bono Panel.

It is so ORDERED this 24th day of June, 2005.

　　　　　　　　　　　　　SAMUEL H. MAYS, JR.
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-28-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 91 in case 2:05-CR-20177 was distributed by fax, mail, or direct printing on June 28, 2005 to the parties listed.

---

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT