IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 11 PM 4:08

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) NO. 05-20177 Ma |
| TAVARIS BOOTHE, | ) |
| Defendant. | ) |

## ORDER APPOINTING COUNSEL

Before the Court is United States District Judge Samuel H. Mays's request that the Magistrate Judge appoint counsel for Defendant Tavaris Boothe. On June 27, 2005, Judge Mays entered an Order allowing Defendant's counsel Ms. Pamela Hamrin to withdraw as counsel of record. As such, the Court now finds that Defendant is entitled to new counsel to assist him. Therefore, the Clerk is directed to appoint an attorney from the CJA Panel to act as counsel of record for Mr. Boothe. The Clerk shall also forward a copy of this Order to Mr. Boothe's last known address with the Bureau of Prisons.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: July 08, 2005

1

This document entered on the docket sheet In compliance with Rule 55 and/or 32(b) FRCrP on 7-13-05

105


UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 105 in case 2:05-CR-20177 was distributed by fax, mail, or direct printing on July 13, 2005 to the parties listed.

---

Randall W. Pierce
WAMPLER & PIERCE
P.O. Box 3410
Memphis, TN 38173--041

Samuel L. Perkins
SL PERKINS LAW GROUP, PLLC
147 Jefferson Ave.
Ste. 804
Memphis, TN 38103

Tony L. Axam
LAW OFFICE OF TONY L. AXAM
1280 W. Peachtree St.
Ste. 310
Atlanta, GA 30309

Arthur C Walton
LAW OFFICE OF ARTHUR C WALTON
906 South Cooper St
Ste 102
Memphis, TN 38104

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

Benard Weinman
LAW OFFICE OF BENARD WEINMAN
275 Jefferson Ave
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT